UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
SCOTT MYERS,

                           Petitioner,

    -against-

WARDEN OKADA,

                           Respondent.
-------------------------------------------------------------x

MEMORANDUM AND ORDER

08-CV-1635 (ENV)

VITALIANO, D.J.

The time for respondent to serve a copy of its response on the petitioner is extended to July 14, 2008. Within 30 days of receipt of a copy of the response, August 13, 2008, petitioner shall file a reply, if any, with the Clerk of the Court.

SO ORDERED.

Dated: Brooklyn, New York
       June 23, 2008

/S/
_____
ERIC N. VITALIANO
United States District Judge