UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
SCOTT MYERS,                                          :
                                                     :        MEMORANDUM AND ORDER
                              Petitioner,            :
                                                     :        08 CV 1635 (ENV)
          -against-                                  :
                                                     :
OKADA,                                               :
                                                     :
                              Respondent.            :
-------------------------------------------------------------- x

VITALIANO, D.J.

          The Court is in receipt of nearly two dozen letters and faxes from *pro se* petitioner

Scott Myers "referencing" the above captioned case. Most of this correspondence consists of

carbon copies of letters sent to other state and federal judges regarding matters pending before

those courts and bears no relation to the instant action. The continued mailing and faxing of such

materials to chambers serves no purpose other than to waste the Court's limited resources.

Going forward, Myers shall desist from sending the Court any documents not directly relevant to

his pending petition for habeas corpus. Further, all original documents in this action shall be

filed with the Court's Pro Se Department (718) 613-2665 located at 225 Cadman Plaza East,

Room 118 South, Brooklyn, NY 11201, and shall not be copied to chambers by mail or fax

without prior authorization.

          SO ORDERED.

Dated: Brooklyn, New York
       September 5, 2008

                                                     /S/
                                         _____
                                         ERIC N. VITALIANO
                                         United States District Judge